UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN LAMONT ROBINSON,

        Petitioner,        Case No. 1:07cv597

v.        Hon. Robert J. Jonker

MARY BERGHUIS,

        Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on September 13, 2007. The time permitted for objection to the Report and Recommendation has elapsed, and no objections have been filed under to 28 U.S.C. § 636(b)(1)(C). Accordingly,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed September 13, 2007, is **APPROVED AND ADOPTED** as the opinion of the court.

**IT IS ORDERED** that the habeas corpus petition is **DENIED**, as barred by the one-year statute of limitations.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

        /s/Robert J. Jonker
        Robert J. Jonker
        United States District Judge

Dated: October 1, 2007